_____

No. 95-2169
_____

Will Elliot Clark                          *
                                           *
          Appellant,                       *
                                           *
    v.                                     *    Appeal from the United States
                                           *    District Court for the Western
Bill Armontrout; Donald Cline;             *    District of Missouri.
Phillip Vance,                             *
                                           *    [UNPUBLISHED]
          Appellees.                       *
_____

Submitted: September 13, 1996

Filed: October 7, 1996
_____

Before McMILLIAN, MAGILL, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

In this action brought under 42 U.S.C. § 1983, petitioner alleged various violations of the Eighth Amendment to the United States Constitution relating to supposedly unsanitary conditions in the Jefferson City Correctional Center.  Petitioner prevailed at his first trial, and the jury awarded him nominal damages of $1.00.  We remanded for a new trial in light of Farmer v. Brennan, 511 U.S. 825 (1994).  See Clark v. Armontrout, 28 F.3d 71 (8th Cir. 1994) (per curiam).  At the petitioner's second trial, the jury found for the defendants.  The district court[1] denied petitioner's motion for a new trial.  In the present appeal, petitioner argues that the

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

trial court committed reversible error regarding several evidentiary points and claims that defense counsel's conduct warrants a new trial.

We have read the record carefully and discern no legal error.  We therefore affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.